| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706 (626) 799-9797 THOMAS P. RILEY, LAW OFFICES OF 1114 FREMONT AVENUE SOUTH PASADENA, CA 91030  tprlaw@att.net | | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No. TURO TURO RESTAURANT 1/21/06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
PASION

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C08 0336 MHP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETTING CONFERENCE; CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

3. a. Party served: EMELITA SANGA PASION, INDIVIDUALLY AND D/B/A TURO-TURO RESTAURANT

4. Address where the party was served: 2006 PINE COURT DALY CITY, CA 94014

5. I served the party
   b. **by substituted service.** On: February 4, 2008 at: 11:54 am I left the documents listed in item 2 with or in the presence of TESS BRENABLE - PERSON IN CHARGE
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section :
   SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. S. DONEZA
   b. ABSOLUTE SERVICE OF LOS ANGELES
   1301 WEST SECOND STREET, SUITE 204
   LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $95.00
   e. I am: (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: 672
      (iii) County: SAN FRANCISCO

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 7, 2008

_S. Doneza_
S. DONEZA

Judicial Council form POS-010 Rev. 01/01/07     **PROOF OF SERVICE**     08574-1/ssgensoo

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br>tprlaw@att.net | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.<br>TURO TURO RESTAURANT 1/21/06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA  94102

PLAINTIFF:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT:
PASION

| DECLARATION<br>RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER<br>C08 0336 MHP |
|---|---|---|---|---|

I received the within process on January 31, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served:   EMELITA SANGA PASION, INDIVIDUALLY AND D/B/A TURO-TURO RESTAURANT

Residence:    Residence address was not known at the time of service.

Business:     2006 PINE COURT, DALY CITY, CA 94014

As enumerated below:

February 1, 2008   03:00 pm
     NOT IN (BUSINESS).
February 2, 2008   09:45 am
     NOT IN (BUSINESS).
February 4, 2008   11:53 am
     NOT IN (BUSINESS) PER TESS BRENABLE, PERSON IN CHARGE.
February 4, 2008   11:54 am
     SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

Person who served papers
S. DONEZA
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $95.00
I am: registered California process server.
     independent contractor
     Registration No.: 672
     County: SAN FRANCISCO

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 7, 2008

_____
S. DONEZA

Judicial Council form POS-010            DECLARATION REGARDING DILIGENCE            08574-1/asdd

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.: | |
| ATTORNEY FOR (Name):  PLAINTIFF | TURO TURO RESTAURANT 1/21/06 | |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>450 GOLDEN GATE #1111<br>SAN FRANCISCO, CA  94102 | | |

PLAINTIFF/PETITIONER

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT

PASION

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08 0336 MHP |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **February 5, 2008**, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETTING CONFERENCE; CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

EMELITA SANGA PASION, INDIVIDUALLY AND D/B/A TURO-TURO RESTAURANT
2006 PINE COURT
DALY CITY, CA 94014

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

| Person who served papers<br>M. MANCHESTER<br>ABSOLUTE SERVICE OF LOS ANGELES<br>1301 WEST SECOND STREET, SUITE 204<br>LOS ANGELES, CA  90026<br>(213) 481-7334 | The fee for service was: $95.00<br>I am: registered California process server.<br>  employee<br>  Registration No.: 5211<br>  County: LOS ANGELES |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 7, 2008

_____
M. MANCHESTER

Judicial Council form POS-010            PROOF OF SERVICE BY MAIL            08574-1/asopmail