THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | Case No. CV 08-0336-MHP |
| Plaintiff, | JOINT CASE MANAGEMENT CONFERENCE STATEMENT |
| vs. | FOR:   Hon. Marilyn Hall Patel |
| Emelita Sanga Pasion, et al. | DATE: April 28, 2008 |
| Defendants. | TIME:  4:00 PM |

Pursuant to this Court's Civil Local Rule, the Parties submit this Case Management Statement for the consideration of this Honorable Court

Wherefore, the Parties make the following representations and recommendations:

1.       **Statement of Facts and Events Underlying This Action.**

The Plaintiff claims that the Defendant misappropriated a televised professional boxing program to which the Plaintiff owned the exclusive commercial exhibition rights and thereafter exhibited the *Program* at (Turo Turo Restaurant) which they operate.  The subject program, broadcast on January 21, 2006, was the "The Battle" *Erik Morales v. Manny Pacquiao II WBC International Super Featherweight Championship Fight Program* (hereinafter "*Program*").

The Defendant named to this action denies exhibition of the *Program* or any liability for any alleged exhibition of the *Program*.

**2.     The Principal Factual Issues to Which the Parties Dispute.**

The named Defendant disputes the factual contentions concerning the exhibition of the as alleged by the Plaintiff.

**3.     The Principal Legal Issues to Which the Parties Dispute.**

The named Defendant denies liability under the causes of action and legal theories pled in Plaintiff's complaint and additionally deny liability on any of the causes of action and legal theories as set forth in Plaintiff's complaint.

The Plaintiff disputes the Defendant's legal contentions, and each of the defendant's affirmative defenses in her answer.

**4.     Other Factual Issues Which Remain Unresolved.**

In that this matter has only recently commenced the Parties are unaware at this time of which particular factual issues remain unresolved.

**5.     The Following Defendant Has Not Been Served:**

The defendant party has been duly served.

**6.     Consent to Jurisdiction By a Magistrate Judge**

At this time the Parties do not consent to a Court trial presided over by a magistrate judge.

**7.     Alternative Dispute Resolution**

The Parties propose a settlement conference before Magistrate Judge.

**8.    Disclosures**

The Parties have agreed to exchange initial disclosures by and through their counsel on or before May 1, 2008.

**9.    Discovery**

The Parties respectfully request that the discovery in this action not be limited nor conducted in phases.  The Parties propose a discovery cut off date of May 1, 2009

**10.    Proposed Pre-trial and Trial Schedule**

Should a trial in this matter become necessary, the Parties respectfully submit the following schedule for this Honorable Court's consideration:

Anticipated Length of Trial:             3 Days

Type of Trial:                           Jury Trial

///
///
///
///
///
///
///
///
///
///
///
///
///
///

**Signature and Certification By Lead Trial Counsel**

Pursuant to Civil L.R. 16-12, the undersigned certifies that he or she has read the brochure entitled "Dispute Resolution Procedures in the Northern District of California," discussed the available dispute resolution options provided by the Court and private entities and has considered whether their case might benefit from any of the available dispute resolutions options.

Date:   April 24, 2008            */s/ Thomas P. Riley*
                                  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                  By: Thomas P. Riley
                                  Attorneys for Plaintiff
                                  J & J Sports Productions, Inc.

Date:   April 24, 2008            _____
                                  **FOTOUHI, EPPS, HILLGER, GILROY LLP**
                                  By: Daniel P. Iannitelli
                                  Attorneys for Defendant
                                  Emelita Sanga Pasion

///
///
///
///
///
///
///
///

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
**CV 08-0336-MHP**
**PAGE 4**

1

**Case Management Order (Proposed)**

2

3        The Case Management Statement and Proposed Order is hereby adopted by the Court as the

4   Case Management Order for the case and the Parties are ordered to comply with this Order.

5        In addition the Court orders:

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Dated:

26                                                    _____
                                                    **The Honorable Marilyn Hall Patel**
27                                                    **United States District Court Judge**
                                                    **Northern District of California**
28

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
**CV 08-0336-MHP**
**PAGE 5**

## PROOF OF SERVICE (SERVICE BY FAX & E-MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 24, 2008 I served:

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

On all parties in said cause by faxing same to the Defendant's counsel at the following fax no. **(415) 358-5521**:

Mr. Daniel P. Iannitelli, Esquire        Attorney for Defendants
Fotouhi, Epps, Hillger, Gilroy. LLP      Emelita Sanga Pasion
160 Pine Street
San Francisco, CA 94111

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 24, 2008, at South Pasadena, California.

Dated: April 24, 2008                      */s/ Terry Houston*
                                         **TERRY HOUSTON**