**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: April 28, 2008

Case No.   C 08-0336  MHP			Judge: MARILYN H. PATEL

Title: J & J SPORTS PRODUCTIONS INC -v- EMELITA SANGA PASION et al

Attorneys:  Plf: Thomas Riley
            Dft: David Anotelli (SPP

Deputy Clerk:  Anthony Bowser   Court Reporter: Connie Kuhl

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Underlying claims discussed; Report to be submitted to defendant by 5/1/2008;

Matter referred to ADR for Mediation, to be completed within the next 60 days;

A further status conference set for 7/14/2008 at 3:00 pm, with a joint status report due one week prior.