# FILED

**JUN 2 4 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| J & J Sports Productions, Inc., | No. C 08-00336 MHP MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Pasion, | |
| Defendant(s). | |

**Instructions:** *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.  I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) _____ Jun 23, 08

2.  Did the case settle?    ☑ fully    ☐ partially    ☐ no

3.  If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4.  **IS THIS ADR PROCESS COMPLETED?**    ☑ YES    ☐ NO

Dated: _____ Jun. 27, 08

Mediator, Koorosh Afshari
Afshari Law Firm
455 Market Street, 19th Floor
San Francisco, CA 94105

**Certification of ADR Session**
08-00336 MHP MED